IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZACHARY T. EVANS,

    Plaintiff.

v.

CAITLIN DIGIOVANNI, *et al.*,

    Defendants.

No. 4:19-CV-01900

(Judge Brann)

## ORDER

### NOVEMBER 27, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 7, is **GRANTED**;

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice;

3. Plaintiff may within thirty (30) days from the date of this Order file a motion to reopen along with an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion; and

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge