# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY T. EVANS, | No. 4:19-CV-01900 |
| Plaintiff. | (Judge Brann) |
| v. | |
| CAITLIN DIGIOVANNI, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 30, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to reopen, ECF No. 14, is **GRANTED**;

2. The Clerk of Court is directed to **REOPEN** this matter;

3. Plaintiff's amended complaint, ECF No. 15, is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge